1  Justin S. Pierce (State Bar #022646)
   **JACKSON LEWIS LLP**
2  2398 East Camelback Road, Suite 1060
   Phoenix, AZ  85016
3  Tel. (602) 714-7044
   Fax (602) 714-7045
4  piercej@jacksonlewis.com

5  Attorneys for Defendants

6
                   UNITED STATES DISTRICT COURT
7
                        DISTRICT OF ARIZONA
8

9  LINDA CONLEY; HERIBERTO           Case No.
   DOMINGUEZ and YOAMI
10 DOMINGUEZ, husband and wife;
   STEPHEN FRAKES; JAMES C. KEMP     **VERIFICATION**
11 and REYNA KEMP, husband and wife;
   MICHELLE NORRIS; WILLIAM
12 PONCE; and HERLAN YEOMANS and
   ELOINA YEOMANS, husband and wife,
13
                        Plaintiffs,
14
              vs.
15
   TOWN OF QUARTZSITE, a political
16 subdivision; ALEX and JOHN DOE
   TAFT; JEFFREY and JANE DOE
17 GILBERT; and ALBERT and JANE
   DOE JOHNSON,
18
                        Defendants.
19

20        Justin S. Pierce, being first duly sworn upon oath, deposes and states as follows:

21        Pursuant to LRCiv. 3.7(b), as counsel for Defendants in the above-titled matter, I

22 verify that, to the best of my knowledge and belief, Exhibits A and B to the Notice of

23 Removal contain true and complete copies of all pleadings and other documents filed in

24 the State Court proceeding.

          DATED:  August 19, 2011
25

26                                          /s/Justin S. Pierce
                                          Justin S. Pierce

                                    1

## CERTIFICATE OF SERVICE

ORIGINAL of the foregoing filed electronically filed August 19, 2011, and a COPY mailed the same date to:

Jon D. Schneider
Charles D. Onofry
Schneider & Onofry, P.C.
3101 N. Central Ave., Suite 600
Phoenix, AZ 85012-8985
Attorneys for Plaintiffs


By:   /s/Towana McDonald


4836-1881-6010, v. 1