1 Justin S. Pierce (State Bar #022646)
Stephen B. Coleman (State Bar #021715
2 **JACKSON LEWIS LLP**
2398 East Camelback Road, Suite 1060
3 Phoenix, AZ  85016
Tel. (602) 714-7044
4 Fax (602) 714-7045
piercej@jacksonlewis.com
5 Attorneys for Defendants

6 UNITED STATES DISTRICT COURT

7 DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Conley; Heriberto Dominguez and Yoami Dominguez, husband and wife; Stephen Frakes; James C. Kemp and Reyna Kemp, husband and wife; Michelle Norris; William Ponce; and Herlen Yeomans and Eloina Yeomans, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>Town of Quartzsite, a political subdivision; Alex and John Doe Taft; Jeffrey and Jane Doe Gilbert; and Albert and Jane Doe Johnson,<br><br>Defendants. | Case No. 2:11-cv-01637-PHX-MEA<br><br>**NOTICE OF SERVICE** |

NOTICE is given that on July 20, 2012, counsel for Defendants served their Second Supplemental Disclosure Statement to Plaintiffs' counsel via electronic and first-class mail.

DATED this 20th day of July 2012.

JACKSON LEWIS LLP

By: /s/ Stephen B. Coleman
    Justin S. Pierce
    Stephen B. Coleman
    2398 E. Camelback Rd., Suite 1060
    Phoenix, AZ 85016
    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and sent a copy by mail to the plaintiff at the following address:

Jon D. Schneider
Charles D. Onofry
Schneider & Onofry, P.C.
3101 N. Central Ave., Suite 600
Phoenix, AZ 85012-8985
Attorneys for Plaintiffs

By:   /s/Valerie J. Armstrong

4828-2327-1184, v. 1